UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 06-cr-00381-MSK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

JUAN GONZALEZ-REYNOSA,

        Defendant.

---

## ORDER AND NOTICE OF CHANGE OF PLEA HEARING

---

THIS MATTER comes before the Court following the filing of a Notice of Disposition (#11) on **October 25, 2006** by Defendant Juan Gonzalez-Reynosa.  The Court construes this Notice as a motion to change his plea and to have the Court consider the terms of the parties' plea agreement.

**IT IS THEREFORE ORDERED** that:

1. Pursuant to 18 U.S.C. § 3161(h)(1)(F) and (I), the speedy trial clock is tolled pending determination of those matters.

2. A Change of Plea hearing is set for **December 18, 2006**  at **8:30 a.m.**  in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

3. The final trial preparation conference set for **December 8, 2006** and the **December 11, 2006** trial date are **VACATED**.

Dated this 25th day of October, 2006

**BY THE COURT:**

Marcia S. Krieger
United States District Judge