IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 06-cr-00381-MSK

UNITED STATES OF AMERICA,

       Plaintiff,

v.

JUAN GONZALEZ-REYNOSA,

       Defendant.

**ORDER THAT THE DEFENDANT BE MEDICALLY EXAMINED
AND EVALUATED PURSUANT TO 18 U.S.C. §§ 3552(b) & 4241**

THIS MATTER came before the Court for a change of plea hearing on December 18, 2006. The Court

**FINDS** and **CONCLUDES** that:

A change of plea hearing was set for December 18, 2006. Prior to the hearing, the Defendant filed a Status Report **(#13)** in which he stated that he is going blind and suffering from constant, severe headaches which have prevented him from reading his plea agreement. The Status Report also provides that defense counsel has attempted to communicate with Mark Ippilito at the Federal Detention Center to facilitate the Defendant's receipt of medical attention, to no avail.

At the December 18, 2006 hearing, the Defendant did not change his plea. Instead, his counsel made a proffer with regard to the Defendant's medical condition. Based thereon, the Court finds that the Defendant's medical condition must be evaluated pursuant to 18 U.S.C. §§ 3552(b) and 4241.

**IT IS THEREFORE ORDERED** that:

(1) The Defendant shall be examined and his medical condition evaluated pursuant to 18 U.S.C. §§ 3552(b) and 4241.

(2) On or before **January 3, 2007**, the United States Marshal shall confer with the Federal Bureau of Prisons to determine whether there are any qualified consultants available in the local community to examine the Defendant and evaluate his medical condition.

(3) If there is a qualified consultant in the local community, then the United States Marshal shall transport the Defendant to such consultant for examination and evaluation. If there are no qualified consultants available in the local community, then the Defendant shall be evaluated by the Federal Bureau of Prisons, and the United States Marshal shall transport the Defendant to a federal medical center designated by the Federal Bureau of Prisons for the purpose of conducting such medical examination and evaluation.

(4) A written medical evaluation shall be provided to the Court not later than **February 16, 2007**.

Dated this 19th day of December, 2006

BY THE COURT:

*Marcia S. Krieger*

Marcia S. Krieger
United States District Judge