UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 06-cr-00381-MSK

UNITED STATES OF AMERICA,

       Plaintiff,

v.

JUAN GONZALEZ-REYNOSA,

       Defendant.

## ORDER

Pursuant to the agreement of the parties,

**IT IS ORDERED** that a change of plea hearing for Defendant Juan Gonzalez-Reynosa is reset for **May 7, 2007 at 8:30 a.m.** in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

Dated this 6th day of April, 2007

                                **BY THE COURT:**

                                *Marcia S. Krieger*
                                Marcia S. Krieger
                                United States District Judge