UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 06-cr-00381-MSK

UNITED STATES OF AMERICA,

       Plaintiff,

v.

JUAN GONZALEZ-REYNOSA,

       Defendant.

## ORDER GRANTING MOTION TO RE-SCHEDULE THE CHANGE OF PLEA HEARING

THIS MATTER is before the Court on the Motion to Re-schedule the Change of Plea Hearing **(#17).** The Court being fully advised in the foregoing,

**ORDERS** that the Motion **(#17) is GRANTED**. The Change of Plea hearing currently scheduled for **May 7, 2007 is VACATED** and **RESET to May 21, 2007 at 8:30 a.m.** in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

Dated this 24th day of April, 2007

                              **BY THE COURT:**

                              *Marcia S. Krieger*

                              Marcia S. Krieger
                              United States District Judge