UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 06-cr-00381-MSK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

JUAN GONZALEZ-REYNOSA,

        Defendant.

## ORDER RESETTING CHANGE OF PLEA

Pursuant to the agreement of the parties,

**IT IS ORDERED** that the change of plea hearing for Defendant Juan Gonzalez-Reynosa is **RESET** to **August 6, 2007 at 10:00 a.m.** in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

Dated this 11th day of June, 2007

                                            **BY THE COURT:**

                                            */s/ Marcia S. Krieger*

                                            Marcia S. Krieger
                                            United States District Judge