UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 06-cr-00381-MSK

UNITED STATES OF AMERICA,
        Plaintiff,
v.

JUAN GONZALEZ-REYNOSA,
        Defendant.

---

## ORDER SETTING DATE FOR RESPONSE TO MOTION

THIS MATTER comes before the Court on the Motion for Further Medical Evaluation (Motion) filed September 6, 2007, **(#37)** by Defendant. The Motion contains no agreement between the parties, therefore, in order to provide adequate opportunity for response and for prompt determination,

**IT IS HEREBY ORDERED** that any response or objection to the Motion shall be filed with the Court no later than **September 24, 2007.** Objections and requests for hearing shall clearly specify the grounds upon which they are based, including citation of supporting legal authority, if any. In the absence of a timely objection:

1) The Court may grant the above-described Motion; and

2) The movant shall submit a proposed order in hard copy or to krieger_chambers@cod.uscourts.gov.

Dated this 19th day of September, 2007.

        **BY THE COURT:**

        *Marcia S. Krieger*

        Marcia S. Krieger
        United States District Judge