UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 06-cr-00381-MSK

UNITED STATES OF AMERICA,

  Plaintiff,

v.

JUAN GONZALEZ-REYNOSA,

  Defendant.

## ORDER FOR FURTHER MEDICAL EVALUATION

THIS MATTER comes before the Court upon Defendant's Motion for Further Medical Evaluation **(#37)**.  The Defendant asks the Court to enter an Order directing that he be medically evaluated for headache and vision problems from which he is suffering.  The Government has filed no response in opposition to the motion.  Having considered the motion,

**IT IS ORDERED** that:

(1) The motion **(#37)** is **GRANTED**.

(2) The Defendant shall be further examined, and his medical condition (in specific, his headaches and vision problems) shall be evaluated, by a qualified consultant at a federal medical center designated by the Federal Bureau of Prisons.

(3) The United States Marshal shall transport the Defendant to such consultant for examination and evaluation.

(4) A written medical evaluation shall be provided to the Court no later than thirty (30)

days from the date of this Order.

       Dated this 1st day of October, 2007

                                     **BY THE COURT:**

                                 Marcia S. Krieger
                                 United States District Judge