UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 06-cr-00381-MSK

UNITED STATES OF AMERICA,

       Plaintiff,

v.

JUAN GONZALEZ-REYNOSA,

       Defendant.

_____

### ORDER CONTINUING SENTENCING HEARING
_____

THIS MATTER comes before the Court *sua sponte*. On October 1, 2007, this Court ordered a further medical evaluation to be conducted on the Defendant and a written report to be provided no later than thirty days from the date of the Order. In order to allow time for the submission of the written report, it is necessary to continue the sentencing hearing set for October 22, 2007.

**IT IS THEREFORE ORDERED** that the sentencing hearing set for October 22, 2007, is continued to **Monday, November 19, 2007, at 10:45 a.m.**

DATED this 18th day of October, 2007.

                                                     **BY THE COURT:**

                                                   *[signature: Marcia S. Krieger]*
                                                  _____

                                                  Marcia S. Krieger
                                                  United States District Judge